CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Phyl Grace, Esq., SBN 171771
Elliott Montgomery, SBN 279451
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
elliottm@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tim Crowley**,<br><br>     Plaintiff,<br><br>  v.<br><br>**Gel-Mark Investments, LLC,** a California Limited Liability Company; **Arman Corporation**, a California Corporation; and Does 1-10,<br><br>     Defendants. | CASE NO. 5:17-CV-01648-DMG-KK<br><br>**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>HONORABLE DOLLY M. GEE |

**RECITALS**

A. On August 16, 2017, Plaintiff filed his Complaint in the instant action.

B. On February 22, 2018, Plaintiff conducted an expert-led site inspection of the subject property in this case.

C. As a result of the inspection, Plaintiff now wishes to amend his complaint to add barriers identified by his expert.

D. Upon filing of the First Amended Complaint ("FAC"), service will be deemed effectuated upon Defendants Gel-Mark Investments, LLC and Arman Corporation ("Defendants").

E. Upon filing of the FAC, Defendant Gel-Mark Investments, LLC's Answer filed on November 3, 2017, and Defendant Arman Corporation's Answer filed November 6, 2017, are deemed to be the Defendant's Answers to the FAC.

F. Defendant's Answers will be deemed to have been served upon Plaintiff.

G. Plaintiff's First Amended Complaint is submitted concurrently with this stipulation as Exhibit 1.

**IT IS SO STIPULATED.**

CENTER FOR DISABILTIY ACCESS

Date: April 9, 2018

By: /s/ Elliott Montgomery

ELLIOTT MONTGOMERY

Attorneys for Plaintiff

CALL & JENSEN

Date: April 9, 2018

By: /s/ Michael R. Orr

MICHAEL R. ORR

Attorney for Defendant