UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Tim Crowley**, | ) CASE NO. 5:17-CV-01648-DMG-KK |
| Plaintiff, | ) **(Proposed) ORDER GRANTING** |
| v. | ) **JOINT STIPULATION TO FILE** |
| | ) **FIRST AMENDED COMPLAINT** |
| **Gel-Mark Investments, LLC,** a California Limited Liability Company; **Arman Corporation**, a California Corporation; and Does 1-10, | ) |
| Defendants. | ) |

### ORDER

IT IS HEREBY ORDERED THAT:

1. PLAINTIFF and DEFENDANTS stipulation to file a First Amended Complaint is GRANTED.

2. PLAINTIFF may file his First Amended Complaint within 7 days of this order.

3. Upon the filing of the First Amended Complaint, DEFENDANTS Answers to the original Complaint will be operative as to the First Amended Complaint.

4. Upon the filing of the First Amended Complaint, service of the First Amended Complaint will be deemed effectuated upon DEFENDANTS.

5. Upon the filing of the First Amended Complaint, DEFENDANTS Answers to the First Amended Complaint upon Plaintiff is deemed effectuated.

**IT IS SO ORDERED.**

1

2

3

DATED: _____                    _____

4                                          Honorable Dolly M. Gee

5                                          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(Proposed) ORDER