# PROOF OF SERVICE

**CROWLEY V. GEL-MARK INVESTMENTS, LLC**
5:17-CV-01648-DMG-KK

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On April 9, 2018 I served the following document(s):

**JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT; PROPOSED ORDER; FIRST AMENDED COMPLAINT**

Addressed to:

> Julie R. Trotter
> Michael S. Orr
> 610 Newport Center Drive, Suite 700
> Newport Beach, CA 92660

- ☐ <u>BY MAIL:</u> I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ <u>BY FACSIMILE:</u> In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ <u>BY OVERNITE EXPRESS:</u> I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ <u>BY PERSONAL SERVICE:</u> I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☑ <u>BY ELECTRONIC MAIL TRANSMISSION:</u> via email. I caused the listed documents to be subsequently emailed to the recipient(s).

Executed on April 9, 2018, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                                    _____
                                                            Jackie Gomez

PROOF OF SERVICE