# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM CROWLEY,<br><br>           Plaintiff,<br><br>    v.<br><br>GEL-MARK INVESTMENTS, LLC, and ARMAN CORPORATION,<br><br>           Defendants. | Case No.: ED CV 17-1648-DMG (KKx)<br><br>**JUDGMENT** |

On August 16, 2018, the Court granted in part and denied in part Tim Crowley's ("Plaintiff's") motion for summary judgment and granted in part and denied in part Gel-Mark Investments, LLC and Arman Corporation's ("Defendants'") cross-motion for summary judgment.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff and against Defendants on Plaintiff's second cause of action under the Unruh Civil Rights Act. Defendants are jointly and severally liable to Plaintiff for a statutory damages award under the Unruh Civil Rights Act in the amount of $4,000.

**IT IS SO ORDERED**.
DATE: August 16, 2018

                                              DOLLY M. GEE
                                       UNITED STATES DISTRICT JUDGE